IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:23cr33-MHT
                            )           (WO)
NOAH DONTRELL DEVOSE        )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 30 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Noah Dontrell Devose to undergo a psychiatric assessment to avoid any lapse in medications that he was receiving in the Bureau of Prisons and to assess the need for different or additional medication.

(2) Within 60 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Devose to receive mental-health treatment. Defendant Devose shall

receive psychotherapy twice per month to address the issues identified by Dr. Ashlee Zito in her evaluation (Doc. 38-1), preferably by a professional who specializes in the treatment of depression, grief and loss, and trauma.  The psychotherapy shall also address the challenges defendant Devose may face in adjusting to the demands of the free world and society due to his intellectual limitations.

(2) Within 70 days of the commencement of supervised release, the supervising probation officer shall file a report on the status of the arrangements required above and on how defendant Devose is faring.

(3) The United States Probation Office shall ensure that any mental-health practitioner treating or evaluating defendant Devose receives, prior to meeting with him, a copy of the psychological evaluation conducted by Dr. Ashlee Zito (Doc. 38-1).

DONE, this the 13th day of December, 2023.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**